IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY BARNES WATSON,

    Petitioner,      No. CIV S-09-0358 WBS GGH P

    vs.

M. MARTELL,

    Respondent.      ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.[1]

/////
/////
/////
/////

---

[1] Petitioner challenges the 2007 decision by the California Board of Parole Hearings finding him unsuitable for parole. On June 4, 2009, the Honorable William B. Shubb found that this action should *not* be stayed pending the Ninth Circuit's decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Respondents are directed to file a response to petitioner's habeas petition
3    within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An
4    answer shall be accompanied by all transcripts and other documents relevant to the issues
5    presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

6    2. If the response to the habeas petition is an answer, petitioner's reply, if any,
7    shall be filed and served within thirty days after service of the answer;

8    3. If the response to the habeas petition is a motion, petitioner's opposition or
9    statement of non-opposition to the motion shall be filed and served within thirty days after
10   service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
11   thereafter; and

12   4. The Clerk of the Court shall serve a copy of this order, *the*
13   *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*
14   together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on
15   Michael Patrick Farrell, Senior Assistant Attorney General.

16   DATED: June 9, 2009

                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

19   wat358.100