IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BARNES WATSON,<br><br>              Petitioner,<br><br>     vs.<br><br>M. MARTELL, Warden (A), Mule Creek State Prison,<br><br>              Respondent. | No. 2:09-cv-00358-JKS<br><br>ORDER |

      Petitioner Gregory Barnes Watson, a state prisoner appearing *pro se*, has filed a Petition for Habeas Corpus Relief under 28 U.S.C. § 2254, alleging that he is being unlawfully denied release to parole status. Subsequent to the completion of briefing in this case, the Ninth Circuit rendered its decision in *Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010) (en banc).

      The decision in *Hayward* significantly impacts the central issue in this case. This Court has determined that supplemental briefing by the parties addressing the impact of *Hayward* on this case is necessary. Accordingly,

      **IT IS ORDERED THAT**:

1.     On or before **September 10, 2010**, each party must separately serve and file a brief, not exceeding 15 pages in length, setting forth the party's position on the impact of *Hayward* on this case, in particular that "[t]he prisoner's aggravated offense does not establish current dangerousness 'unless the record also establishes that something in the prisoner's pre- or post-

incarceration history, or his or her current demeanor and mental state' supports the inference of dangerousness."[1]

2.     Respondent must specifically identify those characteristics, other than the underlying commitment offense, that support a finding that release of the Petitioner to parole status poses a current threat to public safety, ***and*** point to the specific evidence in the record that supports that determination.

3.     Not later than 14 days after briefs in paragraph 1 are served and filed, each party may serve and file a reply brief, not to exceed 10 pages in length, addressing those matters addressed in the other party's opening brief.  *The reply brief may not simply reiterate or restate arguments or issues covered in the party's opening brief.*

        Dated:  August 13, 2010.

/s/ James K. Singleton, Jr.<br>
JAMES K. SINGLETON, JR.<br>
United States District Judge

---

[1] *Hayward*, 603 F.3d at 562.  The parties should also consider the effect of the subsequent decisions of the Ninth Circuit in *Pearson v. Muntz*, 606 F.3d 606 (9th Cir. 2010) (per curiam), *Cooke v. Solis*, 606 F.3d 1206 (9th Cir. 2010), and  and *Pirtle v. California Bd. of Prison Terms*, --- F.3d. ---, 2010 WL 2732888 (9th Cir. July 12, 2010).